

# Fourth Court of Appeals
## San Antonio, Texas

December 30, 2014

No. 04-14-00856-CV

**IN RE** Ropal **ANDERSON**,
Gerald Busch and Hortencia Morales

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Karen Angelini, Justice
             Marialyn Barnard, Justice
             Patricia O. Alvarez, Justice

On December 29, 2014, real party in interest Matthew Hileman filed an unopposed motion for extension of time to file a response to the petition for writ of mandamus. The motion is GRANTED. A response on behalf of the real party in interest is due by January 8, 2015.

It is so **ORDERED** on December 30th, 2014.        PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2014CI, styled *In re Matthew Hileman*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable David A. Canales presiding.